

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

TREVOR LEO PETHERBRIDGE,

Defendant.

Case: 4:26-cr-20122
Assigned To : Kumar, Shalina D.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 3/4/2026
Description: INDI USA v.
Petherbridge (tt)

## INDICTMENT

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
18 U.S.C. § 2251(a) and (e)
*Sexual Exploitation of Children*

Beginning on or about October 13, 2025 and continuing until on or about October 15, 2025, in the Eastern District of Michigan, the defendant, TREVOR LEO PETHERBRIDGE, knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; and the visual depiction was produced and transmitted using materials

1

that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO
18 U.S.C. § 2252A(a)(5)(B)
*Possession of Child Pornography*

On or about February 25, 2026 in the Eastern District of Michigan, the defendant, TREVOR LEO PETHERBRIDGE, knowingly possessed child pornography, as defined in 18 U.S.C. § 2256(8)(A), the child pornography involved a prepubescent minor and a minor who had not attained 12 years of age, which had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce and in and affecting foreign commerce, and the child pornography was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION
(18 U.S.C. § 2253)

Upon conviction of Counts One and/or Two alleged in this Indictment, TREVOR LEO PETHERBRIDGE, shall, pursuant to 18 U.S.C. § 2253, forfeit to the United States the following:

    i.    Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

    ii.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    iii.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

If any of the property described in the paragraphs above as being forfeitable pursuant to 18 U.S.C. § 2253, as a result of any act or omission of the defendant --

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred to, sold to, or deposited with a third party;

    c.    has been placed beyond the jurisdiction of this Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

the United States of America, pursuant to 21 U.S.C. § 853(p), intends to seek forfeiture of all other property of the defendant up to the value of the above described forfeitable property.

**THIS IS A TRUE BILL.**

s/GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/ANTHONY P. VANCE
ANTHONY P. VANCE
Chief, Branch Offices

s/CHRISTOPHER W. RAWSTHORNE
CHRISTOPHER W. RAWSTHORNE
Assistant United States Attorney
600 Church Street
Flint, MI 48502
810-766-5032
Christopher.Rawsthorne@usdoj.gov
P84401

Dated: March 4, 2026

| Companion Case information MUST be completed by AUSA | | Case: 4:26-cr-20122 |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Assigned To : Kumar, Shalina D.<br>Referral Judge: Ivy, Curtis, Jr<br>Assign. Date : 3/4/2026<br>Description: INDI USA v.<br>Petherbridge (tt) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete ...

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes  ☑ No | AUSA's Initials: CWR |

Case Title: USA v. TREVOR LEO PETHERBRIDGE

County where offense occurred : GENESEE

Check One:    ☑ Felony        ☐ Misdemeanor        ☐ Petty

____Indictment/____Information --- **no** prior complaint.
_X_ Indictment/____Information --- based upon prior complaint [Case number: 26--mj-30103    ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 4, 2026
    Date

Christopher W. Rawsthorne
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Christopher.Rawsthorne@usdoj.gov
P84401

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013